UNITED STATES of America, Plaintiff–Appellee,

v.

Victor MATEO, also known as Tomas Carlos, Defendant–Appellant.

No. 03–20923.
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Decided Oct. 1, 2004.

James Lee Turner, Assistant U.S. Attorney, Houston, TX, for Plaintiff–Appellee.

Victor Mateo, Pro Se, Beaumont, TX, for Defendant–Appellant.

Before EMILIO M. GARZA, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Appointed counsel for Victor Mateo has filed a motion to withdraw and an accompanying brief as required by *Anders v. California*, 386 U.S. 738, 744, 87 S.Ct.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

1396, 18 L.Ed.2d 493 (1967). Mateo has responded to counsel's brief. Mateo also moves this court for the appointment of new counsel and consideration of his case by the *en banc* court. Our independent review of counsel's brief, Mateo's response, and the record discloses no nonfrivolous issues for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is EXCUSED from further responsibilities herein, and this appeal is DISMISSED. *See* 5TH CIR. R. 42.2. All other outstanding motions are DENIED.

Our review did reveal one clerical error in the record. The indictment charged Mateo with attempted distribution of more than 500 grams of cocaine. This same offense is listed in his plea agreement and was given at rearraignment. The judgment, however, lists the offense of conviction as possession of more than 500 grams of cocaine with intent to distribute. Accordingly, this matter is REMANDED TO THE DISTRICT COURT for correction of the clerical error in the judgment pursuant to FED.R.CRIM.P. 36.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.